# DECISIONES PER CURIAM
## JULIO 21, 1915 A MAYO 29, 1916

No. 874. EL PUEBLO, APELADO, *v.* PÉREZ, APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao.

No. 867. EL PUEBLO, APELADO, *v.* MARTÍNEZ, APELANTE.—Acometimiento y agresión con circunstancias agravantes. Arecibo. Julio 22, 1915. *Confirmadas las sentencias.*

---

No. 875. EL PUEBLO, APELADO, *v.* LÓPEZ, APELANTE.—Alterar la paz. Humacao. Julio 29, 1915. *Confirmada la sentencia.*

---

No. 822. EL PUEBLO, APELADO, *v.* MUÑOZ, APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao.

No. 884. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao.

No. 886. EL PUEBLO, APELADO, *v.* PERALES, APELANTE.—Infracción al artículo 162 del Código Penal. Humacao.

No. 891. EL PUEBLO, APELADO, *v.* ORTIZ, APELANTE.—Infracción a la Ley de Rentas Internas. Guayama.

No. 892. EL PUEBLO, APELADO, *v.* VELÁZQUEZ, APELANTE.—Hurto de mayor cuantía. Humacao.

No. 887. EL PUEBLO, APELADO, *v.* DESSÚS, APELANTE.—Portar armas prohibidas. Guayama. Julio 30, 1915. *Confirmadas las sentencias.*